1  **DOUGLAS L. RAPPAPORT (CSBN 136194)**
   LAW OFFICES OF DOUGLAS RAPPAPORT
2  260 California Street, Suite 1002
   San Francisco, CA 94111
3  (415) 989-7900

4  Attorneys for Defendant
   **ALBERTO DE LA ROSA**

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | US District Court Judge James Ware |
| Plaintiff, | Case Number: CR 10-00503 JW |
| v. | **STIPULATED MOTION TO CONTINUE SENTENCING HEARING** |
| ALBERTO DE LA ROSA, | |
| Defendant. | |

The parties jointly stipulate to the following:

The sentencing date in this matter is currently set for March 14, 2011. Mr. De La Rosa has not yet been interviewed by the assigned probation officer, Mr. Benjamin Flores. In order to provide additional time for Mr. De La Rosa to meet with Mr. Flores, the parties have agreed to a continuance of the sentencing date. Mr. Thomas Newman, Mr. Flores, Mr. De La Rosa and his counsel are available to appear for sentencing in this matter on April 11, 2011 and do request that the court continue the sentencing until that date.

DATED this 24th day of January, 2011.

_____/s/_____
**DOUGLAS L. RAPPAPORT**
Attorney for Defendant
**Alberto De La Rosa**

_____/s/_____
**THOMAS NEWMAN**
Attorney for the Government

**DOUGLAS L. RAPPAPORT (CSBN 136194)**
LAW OFFICES OF DOUGLAS RAPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**ALBERTO DE LA ROSA**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | US District Court Judge James Ware |
| Plaintiff, | Case Number: CR 10-00503 JW |
| | [~~PROPOSED~~] ORDER |
| ALBERTO DE LA ROSA, | |
| Defendant. / | |

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

The parties have jointly stipulated to a continuance of the sentencing date from March 14, 2011 until April 11, 2011 for the purpose of providing additional time for Mr. De La Rosa to be interviewed by the probation officer, Mr. Flores.

IT IS HEREBY ORDERED that the sentencing date in this matter currently set for March 14, 2011 be continued to April 11, 2011 at 1:30 P.M. Further requests for continuance shall be made on the record.

DATED: January 28, 2011     _____
HONORABLE JAMES WARE
UNITED STATES CHIEF DISTRICT JUDGE